IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| PRUVIT VENTURES, INC., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. _____ |
| | § | |
| LORI WINDHAM, | § | |
| | § | |
| DEFENDANT. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Lori Windham ("Defendant") hereby removes Case No. 296-03016-2018 from the 296th Judicial District Court, Collin County, Texas, to this Court pursuant to and in accordance with 28 U.S.C. §§ 1332, 1441. As grounds for this removal, Defendant states as follows:

### I.
### PROCEDURAL HISTORY

1. Plaintiff filed suit against Defendant in the 296th Judicial District Court, Collin County, Texas, on June 21, 2018.

2. Defendant was served with the citation and a copy of Plaintiffs' Original Petition (the "Petition") on June 22, 2018.

### II.
### BASIS FOR REMOVAL

3. A civil action initially filed in a state court is removable if the action is one which "the district courts of the United States have original jurisdiction . . . ." 28 U.S.C. § 1441(a).

4. District courts have original jurisdiction over civil actions between citizens of different states and in which the amount in controversy exceeds $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a); *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89 (2005).

5. This action is removable because (1) complete diversity exists between Plaintiff and Defendant and (2) the amount in controversy exceeds $75,000.

6. Additionally, this Court is appropriate for purposes of removal because this district and division embrace the place in which the removed action is pending. 28 U.S.C. § 1441(a).

### A. There is complete diversity.

7. Complete diversity requires that "the citizenship of each plaintiff [be] diverse from the citizenship of each defendant." *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68 (1996).

8. A corporation is a citizen of "any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. § 1332(c)(1).

9. Conversely, a natural person is a citizen of the state in which that person is domiciled. *See Preston v. Tenet Healthsystem Mem'l Med. Ctr., Inc.*, 485 F.3d 793, 797 (5th Cir. 2007).

10. Plaintiff is a Texas corporation with its principal place of business at 901 Sam Rayburn Highway, Melissa, Texas 75454. Ex. A (Petition at ¶ 2); Ex. C (Texas Comptroller of Public Accounts Taxable Entity Search).

11. Defendant is domiciled at 760 Prospect Avenue, Fairhope, Alabama 36532, and is, therefore, a citizen of the State of Alabama. Ex. A (Petition at ¶ 3).

12. Accordingly, complete diversity exists between Plaintiff and Defendant, and the requirements of 28 U.S.C. § 1332(a)(1) are satisfied.

### B. The amount in controversy exceeds $75,000.

13. If a defendant removes a case from state court to federal court on the basis of diversity jurisdiction, then the defendant bears the burden to show that all the requisites for

federal jurisdiction are met, including that the amount in controversy exceeds $75,000. *See* 28 U.S.C. § 1332(a); *Miller v. Diamond Shamrock Co.*, 275 F.3d 414, 417 (5th Cir. 2001).

14. In general, the amount in controversy is determined by the amount sought on the face of the state court petition . . . ." *Susan Jung v. 24 Hour Fitness USA, Inc.*, No. 4:17-CV-787, 2017 WL 6498105, at *4 (E.D. Tex. Dec. 19, 2017).

15. Here, Plaintiff's Petition states that "Plaintiff seeks damages in an amount … over $100,000.00 but not more than $200,000.00," well above the jurisdiction threshold. Ex. A (Petition at ¶ 1). Accordingly, the amount in controversy requirement is satisfied.

## C. Timeliness of Notice of Removal

16. Generally, a defendant is required to file a notice of removal of a civil action within 30 days after receipt by the defendant of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. 28 U.S.C. § 1446(b)(1).

17. Here, Defendant was served with a copy of the Petition on June 22, 2018. *See* Ex. D (Certified Docket Sheet). Accordingly, the applicable removal deadline is July 21, 2018. Because Defendant has filed this Notice of Removal on July 19, 2018, this removal is timely.

## IV.
## PARTIES TO THE CASE

18. Pursuant to Eastern District Local Rule 81(c)(1), the current status of the removed case is "pending" and the following is a list of all parties in the case and their party type (e.g., plaintiff, defendant, intervenor, receiver, etc.):

| **Party Name** | **Party Type** |
| --- | --- |
| Pruvit Ventures, Inc. | Plaintiff |
| Lori Windham | Defendant |

V.
## PAPERS FROM REMOVED ACTION

19.     Pursuant to 28 U.S.C. § 1446(a) and Eastern District Local Rule 81(c)(2), a certified copy of the state court docket sheet and a copy of all pleadings that assert causes of action (e.g., complaints, amended complaints, supplemental complaints, petitions, counter-claims, cross-actions, third party actions, interventions, etc.), all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court as required by 28 U.S.C. § 1446(a) are attached to this notice as Exhibit D.

VI.
## LIST OF ATTORNEYS

20.     Pursuant to Eastern District Local Rule 81(c)(3), the following is a complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number, and party or parties represented by him/her:

| **Name** | **Contact Information** | **Bar Number** | **Party Represented** |
|---|---|---|---|
| Mark L. Hill | Scheef & Stone, L.L.P. <br> 2600 Network Blvd. <br> Suite 400 <br> Frisco, TX 75034 <br> (214) 472-2100 (t) <br> (214) 472-2150 (f) | 24034868 | Plaintiff Pruvit Ventures, Inc. |
| Carlisle A. Braun | Scheef & Stone, L.L.P. <br> 2600 Network Blvd. <br> Suite 400 <br> Frisco, TX 75034 <br> (214) 472-2100 (t) <br> (214) 472-2150 (f) | 24058818 | Plaintiff Pruvit Ventures, Inc. |
| Robert T. Slovak | Foley Gardere <br> Foley & Lardner, LLP <br> 2021 McKinney Avenue, <br> Suite 1600 <br> Dallas, Texas 75201 <br> (214) 999-4334 (t) <br> (214) 999-3334 (f) | 24013523 | Defendant Lori Windham |

| | | | |
|---|---|---|---|
| Steven Lockhart | Foley Gardere<br>Foley & Lardner, LLP<br>2021 McKinney Avenue,<br>Suite 1600<br>Dallas, Texas 75201<br>(214) 999-4668 (t)<br>(214) 999-3668 (f) | 24036981 | Defendant Lori Windham |
| Chelsea L. Hilliard | Foley Gardere<br>Foley & Lardner, LLP<br>2021 McKinney Avenue,<br>Suite 1600<br>Dallas, Texas 75201<br>(214) 999-4185 (t)<br>(214) 999-3185 (f) | 24068630 | Defendant Lori Windham |

## VII.
## NO JURY TRIAL REQUEST

21. Pursuant to Eastern District Local Rule 81(c)(4), no party has requested a jury trial.

## VIII.
## STATE COURT NAME AND ADDRESS

22. In accordance with Eastern District Local Rule 81(c)(5), this case is being removed from the 296th Judicial District Court, Collin County, Texas, located at Russell A. Steindam Courts Building, 2100 Bloomdale Road, Suite 10030, McKinney, TX 75071.

## IX.
## NOTICE OF FILING REMOVAL

23. In accordance with 28 U.S.C. § 1446(d), a copy of the written notice addressed to the adverse parties and the 199th Judicial District Court, Collin County, Texas, is attached hereto as Exhibit B.

## X.
## CONCLUSION

**WHEREFORE**, Defendant Toney Freeman respectfully removes this action from the 296th Judicial District Court, Collin County, Texas, Cause No. 296-03016-2018, to the United States District Court for the Eastern District of Texas.

Respectfully submitted,

By: */s/ Chelsea L. Hilliard*
ROBERT T. SLOVAK
State Bar No. 24013523
rslovak@foley.com
STEVEN C. LOCKHART
State Bar No. 24036981
slockhart@foley.com
CHELSEA L. HILLIARD
State Bar No. 24068630
chilliard@foley.com

**FOLEY GARDERE**
**FOLEY & LARDNER, LLP**
2021 McKinney Avenue,
Suite 1600
Dallas, Texas 75201
(214) 999-3000 Telephone
(214) 999-4667 Facsimile

**ATTORNEYS FOR DEFENDANT**
**LORI WINDHAM**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following counsel of record via the court's electronic filing system on July 19, 2018.

Mark L. Hill
mark.hill@solidcounsel.com
Carlisle A. Braun
carlisle.braun@solidcounsel.com
SCHEEF & STONE, L.L.P.
2600 Network Blvd., Suite 400
Frisco, TX 75034
(214) 472-2150 (fax)

*/s/ Chelsea L. Hilliard*
Chelsea L. Hilliard